### BOWLIN *v.* HEMPHILL.

PER CURIAM. 1. Where the grantor in a first security deed reacquired the property by purchasing the same at a sale under a power contained in such deed, a junior security deed made to another by the same grantor immediately attached as a first claim upon the property, and constituted an encumbrance thereon as against a subsequent grantee of such purchaser, notwithstanding the second deed may have showed upon its face that it was a junior deed. Code of 1933, § 29-111; *Hill* v. *O'Bryan*, 104 *Ga.* 137 (2) (30 S. E. 996); *Isler* v. *Griffin*, 134 *Ga.* 192 (4) (67 S. E. 854).

2. Under the above ruling, the petition in this case failed to state a cause of action, and it was error to overrule the general demurrer.

*Judgment reversed. All the Justices concur, except*

BELL and HUTCHESON, JJ., who dissent upon authority of *White* v. *Stewart*, 131 *Ga.* 460 (2, 3) (62 S. E. 590, 15 Ann. Cas. 1198), and *Williams* v. *Foy Mfg. Co.*, 111 *Ga.* 856 (3) (36 S. E. 927); *Dailey* v. *Springfield*, 144 *Ga.* 305 (87 S. E. 479, Ann. Cas. 1917D, 943); *Turner Lumber Co.* v. *Henderson Lumber Co.*, 20 *Ga. App.* 682 (93 S. E. 301); U. S. National Bank *v.* Miller, 122 Or. 285 (258 Pac. 205, 58 A. L. R. 339). See also *Cherokee Fertilizer Co.* v. *Federal Land Bank*, 179 *Ga.* 712 (177 S. E. 570).

#### ON REHEARING.

The judgment previously rendered is vacated, and the above opinion and judgment substituted.

No. 10374. JANUARY 18, 1935. ON REHEARING, FEBRUARY 28, 1935.

*F. L. Breen* and *D. T. Pye,* for plaintiff in error.
*W. O. Wilson,* contra.